IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/09

---

HOUBIGANT, INC., ETABLISSEMENT HOUBIGANT,

    Plaintiffs,

- against -

IMG FRAGRANCE BRANDS, LLC, and PATRIARCH PARTNERS, LLC,

    Defendants.

**Civil Action # 09-CV-839 (LAP)**

---

IMG FRAGRANCE BRANDS, LLC, DANA CLASSIC FRAGRANCES, INC., ZOHAR CDO 2003-1 LIMITED, ZOHAR II 2005-1 LIMITED, ZOHAR III LIMITED, and IMG HOLDINGS, INC.,

    Plaintiffs,

- against –

HOUBIGANT, INC., ETABLISSEMENT HOUBIGANT, and MICHAEL J. SHERMAN,

    Defendants.

---

HOUBIGANT, INC., ETABLISSEMENT HOUBIGANT,

    Counter-Plaintiffs,

- against -

IMG FRAGRANCE BRANDS, LLC, DANA CLASSIC FRAGRANCES, INC., ZOHAR CDO 2003-1 LIMITED, ZOHAR II 2005-1 LIMITED, ZOHAR III LIMITED, IMG HOLDINGS, INC., PATRIARCH PARTNERS, LLC, and LYNN TILTON,

    Counter-Defendants.

**Civil Action # 09-CV-3655(LAP)**

1

IT IS HEREBY ORDERED:

1. With regard to any third-party subpoena issued by Hougibant not yet responded to in full by the return date set for response, the party subject to that subpoena ~~must~~ *shall* turn over all responsive materials within ten (10) days of receipt of this Order.

2. With regard to any third-party subpoena issued by Houbigant for which objections were timely filed, those objections are preserved, but the party subject to that subpoena ~~must~~ *shall* turn over all responsive materials within ten (10) days of receipt of this Order.

3. With regard to all third-party subpoena recipients of Houbigant subpoenas, any documents withheld from production on the basis of an assertion of privilege, ~~must~~ *shall* be listed on a privilege log and said log ~~must~~ *shall* be submitted within fifteen (15) days of receipt of this Order.

4. This order extends to the third-party subpoena recipients of Houbigant subpoenas listed in Attachment A.

SO ORDERED.

November 5, 2009       *Loretta A. Preska*

Hon. Loretta A. Preska

2

## ATTACHMENT A

### (1) Southern District of New York

    (a)    Moses & Singer LLP

### (2) Southern District of Florida

    (a)    Berger Singerman, P.A.

    (b)    Gina Zamarelli

    (c)    Isaac Cohen

    (d)    Wachovia Bank, N.A./Congress Financial Corporation

    (e)    Wolfe & Goldstein PA

    (f)    Rothstein, Rosenfeldt, Adler

    (g)    Jeffrey McGovern

### (3) Northern District of Georgia

    (a)    Atlanta Equity Investors, LLC

    (b)    Wells Fargo Foothill

### (4) Northern District of Texas

    (a)    Corporate Revitalization Partners, LLC

### (5) District of Maryland

    (a)    CapitalSource Finance, LLC